UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON LIPSCOMB,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARDS AIR FORCE BASE, *et al.*,<br><br>    Defendants. | Case Nos.    1:24-cv-01305-JLT-CDB<br>                  1:24-cv-01306-CDB<br>                  1:24-cv-01307-CDB<br>                  1:24-cv-01308-JLT-CDB<br><br>ORDER DIRECTING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br><u>21-DAY DEADLINE</u> |

      Plaintiff Brenton Lipscomb ("Plaintiff") initiated these actions with the filing of his complaints on October 25, 2024. (Doc. 1). Plaintiff did not pay the filing fee in this action and, instead, applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pending before the Court are Plaintiff's applications to proceed *in forma pauperis*. (Doc. 2). However, Plaintiff's applications demonstrate that his income and resources could be above the poverty threshold and the information provided is insufficient for the Court to determine whether he is entitled to proceed without prepayment of fees in this action.

*Remainder of This Page Intentionally Left Blank*

Accordingly, the Court orders Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to Plaintiff Brenton Lipscomb an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239; and

2. Within 21 days of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.

**Any failure by Plaintiff to timely comply with this order will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated: __October 30, 2024__                  _____
                                                                    UNITED STATES MAGISTRATE JUDGE